**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FREDDIE BURCH

    VS                                          CASE NO. 4:12-cv-00516-MW-CAS

STATE OF FLORIDA

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 2/21/2013 (document #11), and referred to Magistrate Judge Charles A. Stampelos on 2/21/2013.

    Summary of motion/pleading: Extension of Time to File Amended Pleadings re Doc #10 Order

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT


                                                    s/ Judy Stone
                                                  DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is **ORDERED** this 22nd day of February, 2013, the requested relief is **GRANTED.** The time for filing the amended complaint is extended to March 19, 2013.

                                                  S/ Charles A. Stampelos
                                                UNITED STATES MAGISTRATE JUDGE