**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**FREDDIE BURCH,**

      **Petitioner,**

**v.**                                **CASE NO. 4:12-cv-516-MW/CAS**

**DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,**

      **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.16, filed July 1, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Petitioner's §2254 petition for writ of habeas corpus is summarily **DISMISSED as untimely**, a certificate of appealability is **DENIED**, and leave to appeal in forma pauperis is **DENIED.**"

The Clerk shall close the file.

**SO ORDERED on July 18, 2013.**

**s/Mark E. Walker**
**United States District Judge**